# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| KEVIN CONYERS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ROOSEVELT COUNTY, FREEDOM CRAWFORD, MATT WALLACE, TIM LINGLE, and JOHN DOES 1-X,<br><br>　　　　　　Defendants. | No. CV-12-81-GF-SEH<br><br>**ORDER** |

The Court has been informed that this case has been settled.

ORDERED:

1. The status conference set for December 15, 2014, and all DEADLINES are VACATED.

2. The parties shall file a stipulation for dismissal and proposed order of dismissal on or before December 19, 2014.

DATED this 8th day of December, 2014.

　　　　　　　　　　　　/s/ Sam E. Haddon
　　　　　　　　　　　　SAM E. HADDON
　　　　　　　　　　　　United States District Judge