# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| KEVIN CONYERS, | ) |
| | ) CV-12-00081-GF-SEH |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| STATE OF MONTANA, ROOSEVELT COUNTY, FREEDOM CRAWFORD, MATT WALLACE, TIM LINGLE, LOY SPRAGUE, and JOHN DOES I-X, | ) ORDER FOR ) DISMISSAL ) ) ) |
| Defendants. | ) ) |

Plaintiff and Defendant, having filed a Stipulated Motion for Dismissal, and for good cause shown under Rule 41, M.R.Civ.P.,

**IT IS HEREBY ORDERED** that this matter shall be dismissed with prejudice, with each party to bear their own costs.

DATED this ____ day of _____, 2014

_____
HONORABLE SAM E. HADDON
DISTRICT JUDGE